# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO VAZQUEZ MATA,

Petitioner,

v.

WARDEN OF THE CENTRAL VALLEY ANNEX, et al.,

Respondents.

Case No. 1:26-cv-4911-KES-SAB-HC

FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS AND DIRECT RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## I.

## BACKGROUND

Petitioner is a citizen of Mexico who entered the United States without inspection in or about 1990 and has resided in the United States continuously since then. In or about February 2026, Petitioner was arrested after a traffic stop for dark window tint and then taken into U.S. Immigration and Customs Enforcement ("ICE") custody. Petitioner is currently detained at the Central Valley Annex. (ECF No. 1 at 3, 4.[1])

On June 25, 2026, Petitioner filed a petition for writ of habeas corpus challenging his detention on statutory and due process grounds. (ECF No. 1 at 8–12.) On July 17, 2026,

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

Respondents filed a response. (ECF No. 5.) On July 20, 2026, Petitioner filed a traverse. (ECF No. 6.)

## II.

## DISCUSSION

Respondents argue that Petitioner is "an 'applicant for admission' who is subject mandatory detention under 8 U.S.C. § 1225(b)" and "does not possess a right to freedom from immigration detention in any form other than the form provided by Congress." (ECF No. 5 at 1.) Such arguments have been rejected by this Court in numerous previous decisions. See, e.g., Crispin M.C. v. Noem, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026); J.A.C.P. v. Wofford, No. 1:25-CV-01354-KES-SKO (HC), 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025); Lepe v. Andrews, 801 F. Supp. 3d 1104 (E.D. Cal. 2025).

As Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions set forth above, the Court recommends finding that Petitioner is not detained under 8 U.S.C. § 1225(b). Respondents concede that "[t]his case is in the category of immigration habeas cases for which the Court has typically ordered immediate release." (ECF No. 5 at 1.) Accordingly, the Court recommends that Petitioner be immediately released.

## III.

## RECOMMENDATION

Based on the foregoing, the Court HEREBY RECOMMENDS that:

1. The petition for writ of habeas corpus (ECF No. 1) be GRANTED on Count One.
2. Respondents be directed to immediately release Petitioner.
3. Respondents be enjoined and restrained from re-arresting or re-detaining Petitioner unless Respondents provide no less than seven (7) days' notice to Petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond is considered.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local

Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections with the Court, **limited to fifteen (15) pages in length, including any exhibits**. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **July 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge