ERIC GRANT
United States Attorney
ELISA M. RODRIGUEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO VAZQUEZ MATA,

Petitioner,

v.

WARDEN OF THE CENTRAL VALLEY ANNEX, *et al.*,

Respondents.

No. 1:26-CV-04911-KES-SAB

**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO FILE MOTION FOR FEES AND COSTS UNDER EAJA**

**(ECF No. 17)**

For good cause, Petitioner and Respondents, by and through their undersigned counsel of record, jointly stipulate and move to extend Petitioners' deadline to file any post-judgment motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223 (S. Ct. filed Apr. 20, 2026).

The Court granted Petitioner's habeas petition and entered judgment on August 7, 2026. *See* Dkts. 10, 11. Under 28 U.S.C. § 2412(d)(1)(B), a party seeking EAJA fees is required to file a motion "within thirty days of final judgment in the action,"[1] and for purposes of EAJA, a "final judgment" means a judgment that is final and not appealable, *id.* § 2412(d)(2)(G).

[1] The thirty-day deadline to file a motion under 28 U.S.C. § 2412(d)(1)(B) is non-jurisdictional and may be extended. *See Scarborough v. Principi*, 541 U.S. 410, 413 (2004).

Respondents had 60 days to appeal the judgment; Respondents' appeal deadline was October 6, 2026. Fed. R. App. P. 4(a)(1)(B); Fed. R. App. Ap. 26(a)(1)(C). Because they did not file an appeal, the judgment in this case became final and not appealable upon expiration of the appeal period. Accordingly, Petitioners' EAJA deadline is November 5, 2026. *See* Fed. R. Civ. P. 6(a)(2)(C).

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios*, on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. 146 S. Ct. 2789 (Mem), 2026 WL 1855057 (June 29, 2026). The parties have conferred and agreed that extending Petitioners' EAJA deadline until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources. Accordingly, the parties respectfully request that the Court extend the deadline for Petitioners' motion for fees from November 5, 2026, until 60 days after the Supreme Court issues its decision in *Montoya Palacios*.

Dated: November 4, 2026

ERIC GRANT
United States Attorney

By: /s/ Elisa M. Rodriguez
ELISA M. RODRIGUEZ
Assistant United States Attorney

Dated: November 4, 2026

/s/ Marcelo Gondim
MARCELO GONDIM
Counsel for Petitioner
(signature approved by email)

**ORDER**

The parties having stipulated and agreed, Petitioners' deadline to file a motion for attorneys' fees shall be extended until 60 days after the Supreme Court issues its decision in *Montoya Palacios*.

IT IS SO ORDERED.

Dated: **November 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge